Order entered October    9    , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01268-CR
No. 05-11-01269-CR

TIEN JUNG KUO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F10-55962-J, F10-55963-J

## ORDER

The Court **REINSTATES** the appeals.

On September 18, 2012, we ordered the trial court to make findings regarding why the reporter's record has not been filed. On October 4, 2012, we received appellant's motions to dismiss the appeals, signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). Accordingly, we conclude findings are no longer necessary and **VACATE** the September 18, 2012 order.

We **DENY** appellant's January 7, 2012 motions to dismiss because they were not signed by both appellant and counsel.

We will dispose of appellant's October 4, 2012 motions to dismiss the appeals in due course.

_____
DAVID L. BRIDGES
JUSTICE